UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURVIR SINGH,<br><br>                              Petitioner,<br><br>          v.<br><br>GABRIEL VALDEZ ET AL,<br><br>                              Respondent. | Case No. 2:26-cv-01129-CV (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** Petitioner's petition and **ORDERING** Respondents to immediately release Petitioner unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a) and directing Respondents to file a notice of compliance advising how they complied with the District Court's Order within one day.

Dated: April 1, 2026

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
United States District Judge