JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GURVIR SINGH,

                    Petitioner,

            v.

GABRIEL VALDEZ ET AL,

                    Respondent.

Case No. 2:26-cv-01129-CV (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ordered to immediately release Petitioner unless Respondents have provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a) and Respondents are ordered to file a notice of compliance advising how they complied with the District Court's Order within one day

Dated: April 1, 2026

*Cynthia Valenzuela*

HONORABLE CYNTHIA VALENZUELA
United States District Judge